Division, First Department. March 14, 1913.) Action by Grace E. Lewis and others against Charles De K. Townsend, impleaded with others. Jeremiah Wood, of New York City, for appellant. R. B. Honeyman, of New York City, for respondents. No opinion. Order (79 Misc. Rep. 61, 140 N. Y. Supp. 500) affirmed, with $10 costs and disbursements. Order filed.

In re LILIENTHAL. (Supreme Court, Appellate Division, First Department. February 14, 1913.) In the matter of Herbert Lilienthal. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LINDNER v. HOPKINS et al. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Helena Lindner against Clarence E. Hopkins, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

LINK, Respondent, v. BLOCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Anna Maria Link against Joseph Bloch and others. No opinion. Judgment affirmed, with costs. See, also, 144 App. Div. 943, 129 N. Y. Supp. 1132.

LIPPMANN v. FANTE. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by David Lippmann against Adolph Fante. No opinion. Motion granted. Order filed.

LOFGREN, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Mary Lofgren, as administratrix, against Frederick W. Whitridge, as receiver. J. R. Hilton, of New York City, for appellant. C. Caldwell, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $6,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

LOHR, Respondent, v. HEDSTROM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by William P. Lohr against Arthur E. Hedstrom and others. No opinion. Judgment and order reversed, and new trial granted, with costs to appellants to abide event. Held, that the defendants were under no obligation to inspect the car after delivery upon their racks.

LONG et al., Respondents, v. ESTATES OF LONG BEACH, Appellant. (Supreme Court, Appellate Division, Second Department. Feb-

ruary 14, 1913.) Action by Edward Long and others against the Estates of Long Beach.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., not voting.

LORENZ, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.). Action by Ida Lorenz, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order setting aside verdict unanimously affirmed, with costs.

LUCAS v. 535 PARK AVE., Inc. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Appeal from Special Term, New York City. Action by Herbert Lucas against 535 Park Avenue, Incorporated. From an order granting a motion for a bill of particulars, plaintiff appeals. Modified and affirmed. George W. Alger, of New York City, for appellant. Edward W. Walker, of Brooklyn, for respondent.

PER CURIAM. The order appealed from should be modified, by striking therefrom so much of said order as is hereinafter indicated, to wit: All of paragraph first. Paragraph 2, subdivision 1, all after the words: "The particular items of service claimed to be additional." Paragraph 2, subdivisions 5, 6, and 7, the words: "And the value thereof." Paragraph 3, all after the word "character," and insert the word "and" between it and the word "nature." Paragraph 4, strike out the words "and value," and all after the words "items of service." Paragraph 6, all after the word "complaint." As so modified, the order appealed from is affirmed, without costs.

LUCAS, Appellant, v. 535 PARK AVE., Inc., Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Herbert Lucas against 535 Park Avenue, Incorporated. G. W. Alger, of New York City, for appellant. E. W. Walker, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 1128.

LUMB, Respondent, v. LUMB et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Charles L. Lumb against George J. Lumb and others.

PER CURIAM. Motion to resettle order affirming the interlocutory judgment, by incorporating therein a provision granting leave to defendants appellants to answer the amended complaint herein within 20 days on the payment of costs granted, without costs. Motion for leave to appeal to the Court of Appeals (from 139 N. Y. Supp. 401) granted, and the following question certified: Should the amended demurrer herein be sustained, upon the ground